```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 18-02392-RNO
John D. Cook                                                            Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini               Page 1 of 2                  Date Rcvd: Jul 17, 2018
                               Form ID: ntcnfhrg            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db             +John D. Cook,    925 Mainsville Road,    Shippensburg, PA 17257-9271
5069895        +Affirm Inc,    650 California St., Fl 12,    San Francisco, CA 94108-2716
5069896        +American Expres,    PO Box 981537,    El Paso, TX 79998-1537
5080873         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5069901        +DDC Associates,    46 Springfield Road,    Shippensburg, PA 17257-9506
5069902         Dell Financial,    DFS Credit Dispute,    PO Box 78708,    Austin, TX 78708
5069905        +Frances Cook,    925 Mainsville Road,    Shippensburg, PA 17257-9271
5069908         Parker McCay,    PO Box 974,    Marlton, NJ 08053-0974
5069909        +Prothonotary, Franklin County,    157 Lincoln Way East,    Chambersburg, PA 17201-2233
5069910        +Specialized Loan Servicing,    8742 Lucent Blvd.,    Littleton, CO 80129-2386
5074955        +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2018 19:35:46
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
5069894        +E-mail/Text: bankruptcy@rentacenter.com Jul 17 2018 19:30:36      Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
5069897        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 17 2018 19:36:29      Capital One Auto,
                 PO Box 60511,    City of Industry, CA 91716-0511
5083667        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2018 19:35:46
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
5071902        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 17 2018 19:36:04
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5069898        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2018 19:36:22      Capital One Bank USA,
                 10700 Capital One Way,    Glen Allen, VA 23060-9243
5069899        +E-mail/Text: abovay@creditmanagementcompany.com Jul 17 2018 19:30:25      Chambersburg Hospital,
                 c/o CMC,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
5069900         E-mail/PDF: creditonebknotifications@resurgent.com Jul 17 2018 19:36:07      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
5069904         E-mail/Text: mrdiscen@discover.com Jul 17 2018 19:29:44      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850-5316
5069903        +E-mail/Text: bknotice@ercbpo.com Jul 17 2018 19:30:17      DirecTV,
                 c/o Enhanced Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547
5072875         E-mail/Text: mrdiscen@discover.com Jul 17 2018 19:29:44      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
5069906         E-mail/Text: cio.bncmail@irs.gov Jul 17 2018 19:29:49      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
5069907         E-mail/Text: electronicbkydocs@nelnet.net Jul 17 2018 19:30:17      Nelnet,
                 3015 S. Parker Rd. Ste 400,    Denver, CO 80201
5075254        +E-mail/Text: Bankruptcy@nslp.org Jul 17 2018 19:30:13      Nelnet on behalf of NSLP,
                 National Student Loan Program,    PO Box 82507,    Lincoln, NE 68501-2507
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 John D. Cook aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| John D. Cook, <br> **Debtor 1** | Chapter 13 <br><br> Case No. 1:18–bk–02392–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 29, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court <br> Ronald Reagan Federal Building, <br> Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, <br> Harrisburg, PA 17101 | Date: September 5, 2018 <br><br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 17, 2018 |

ntcnfhrg (03/18)