UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: John D. Cook, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Specialized Loan Servicing LLC | : | |
| As servicer for PROF-2013-S3 | : | Case No. 18-02392 RNO |
| Legal Title Trust, by U.S. Bank | : | |
| National Association, as Legal | : | |
| Title Trustee | : | |
| Movant | : | |
| | : | 11 U.S.C. Section 362 and 1301(c) |
| Vs. | : | |
| | : | |
| John D. Cook, | : | |
| Debtor | : | |
| | : | |
| Frances E. Cook | : | |
| Co-Debtor | : | |
| | : | |
| Charles J. DeHart, III, Esq. | : | |
| Trustee | : | |

**ANSWER OF DEBTOR TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

AND NOW comes your Debtor, John D. Cook, by and through his counsel, Aaron J. Neuharth, Esquire and Answers Movant's Motion For Relief From Automatic Stay as follows:

1. Admitted. By way of further answer, it is believed by the debtor that Movant is who they state they are, and that they have the authority to move on behalf of the mortgage company pursuant to their stated Certificate of Trustee.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted. By way of further answer, Debtor desires to bring said payments current.
8. Admitted.
9. Admitted.

Wherefore, Respondent respectfully requests this Honorable Court deny Movant's Motion.

Date: December 13, 2018                    /s/ Aaron J. Neuharth
                                           Aaron J. Neuharth
                                           Attorney for Debtors
                                           Supreme Ct. No.: 88625
                                           PO Box 359
                                           Chambersburg, PA 17201
                                           (717)264-2939