```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                     Case No. 18-02392-HWV
John D. Cook                                                               Chapter 13
          Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar                Page 1 of 2           Date Rcvd: Oct 24, 2019
                               Form ID: ordsmiss            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db             +John D. Cook,    925 Mainsville Road,    Shippensburg, PA 17257-9271
cr             +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,    NewRez LLC DBA Shellpoint Mortgage Servi,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
5156615        +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,    P.O. Box 10826,
                 Greenville, SC 29603-0826
5156616        +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,    P.O. Box 10826,
                 Greenville, SC 29603-0675,    1900 Capital Trust II, BY U.S. BANK TRUS,    P.O. Box 10826,
                 Greenville, SC 29603-0826
5069901        +DDC Associates,    46 Springfield Road,    Shippensburg, PA 17257-9506
5086948       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
5069902         Dell Financial,    DFS Credit Dispute,    PO Box 78708,    Austin, TX 78708
5069905        +Frances Cook,    925 Mainsville Road,    Shippensburg, PA 17257-9271
5069908         Parker McCay,    PO Box 974,    Marlton, NJ 08053-0974
5069909        +Prothonotary, Franklin County,    157 Lincoln Way East,    Chambersburg, PA 17201-2233
5069910        +Specialized Loan Servicing,    8742 Lucent Blvd.,    Littleton, CO 80129-2386
5136917        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
5136918        +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
5074955        +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Oct 24 2019 23:29:00       Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5069894        +E-mail/Text: bankruptcy@rentacenter.com Oct 24 2019 19:20:32       Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
5069895        +E-mail/Text: backoffice@affirm.com Oct 24 2019 19:20:32       Affirm Inc,
                 650 California St., Fl 12,    San Francisco, CA 94108-2716
5069896        +EDI: AMEREXPR.COM Oct 24 2019 23:28:00       American Expres,    PO Box 981537,
                 El Paso, TX 79998-1537
5080873         EDI: BECKLEE.COM Oct 24 2019 23:28:00       American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5069897        +EDI: CAPONEAUTO.COM Oct 24 2019 23:29:00       Capital One Auto,    PO Box 60511,
                 City of Industry, CA 91716-0511
5083667        +EDI: AISACG.COM Oct 24 2019 23:29:00       Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
5071902        +EDI: AISACG.COM Oct 24 2019 23:29:00       Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
5089635         EDI: CAPITALONE.COM Oct 24 2019 23:28:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
5069898        +EDI: CAPITALONE.COM Oct 24 2019 23:28:00       Capital One Bank USA,    10700 Capital One Way,
                 Glen Allen, VA 23060-9243
5069899        +E-mail/Text: bdsupport@creditmanagementcompany.com Oct 24 2019 19:20:26
                 Chambersburg Hospital,    c/o CMC,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
5069900         E-mail/PDF: creditonebknotifications@resurgent.com Oct 24 2019 19:22:33       Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
5069904         EDI: DISCOVER.COM Oct 24 2019 23:28:00       Discover Financial Services,    PO Box 15316,
                 Wilmington, DE 19850-5316
5069903        +E-mail/Text: bknotice@ercbpo.com Oct 24 2019 19:20:23       DirecTV,
                 c/o Enhanced Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547
5072875         EDI: DISCOVER.COM Oct 24 2019 23:28:00       Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
5168706         EDI: ECMC.COM Oct 24 2019 23:28:00       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
5168707         EDI: ECMC.COM Oct 24 2019 23:28:00       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,
                 PO BOX 16408,    ST. PAUL, MN 55116-0408
5069906         EDI: IRS.COM Oct 24 2019 23:28:00       Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
5094428         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2019 19:22:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5069907         E-mail/Text: electronicbkydocs@nelnet.net Oct 24 2019 19:20:23       Nelnet,
                 3015 S. Parker Rd. Ste 400,    Denver, CO 80201
5075254        +E-mail/Text: Bankruptcy@nslp.org Oct 24 2019 19:20:21       Nelnet on behalf of NSLP,
                 National Student Loan Program,    PO Box 82507,    Lincoln, NE 68501-2507
5096499        +E-mail/Text: bncmail@w-legal.com Oct 24 2019 19:20:24       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 22
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,   P.O. Box 10826,
               Greenville, SC 29603-0826
cr*           ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
```
              Aaron John Neuharth    on behalf of Debtor 1 John D. Cook aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James     Warmbrodt     on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              James     Warmbrodt     on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John D. Cook, | Chapter 13 |
| **Debtor 1** | Case No. 1:18–bk–02392–HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 24, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)