UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: John D. Cook, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Capital One Auto Finance, A | : | |
| Division of Capital One, N.A. | : | Case No. 18-02392 RNO |
| Movant | : | |
| | : | 11 U.S.C. Section 362 and 1301(c) |
| Vs. | : | |
| | : | |
| John D. Cook, | : | |
| Debtor | : | |
| | : | |
| Charles J. DeHart, III, Esq. | : | |
| Trustee | : | |

## ANSWER OF DEBTOR TO MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY

AND NOW comes your Debtor, John D. Cook, by and through his counsel, Aaron J. Neuharth, Esquire and Answers Movant's Motion For Relief From Automatic Stay as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted. By way of further answer, Debtor desires to bring said payments current. Further, Debtor sent to Movant his personal check written to Movant in the amount of $950.00, thereby reducing the arrears
8. Neither admitted or denied. Debtor is without sufficient knowledge as to the actual value of the collateral. Proof thereof is demanded at trial.
9. Admitted.
10. Admitted.
11. Neither admitted or denied. Debtor is without sufficient knowledge as to the actual value of the collateral. Proof thereof is demanded at trial.
12. Neither admitted or denied. Debtor is without sufficient knowledge as to the actual value of the collateral. Proof thereof is demanded at trial.

Wherefore, Respondent respectfully requests this Honorable Court deny Movant's Motion. Debtor desires to bring said payments current and maintain ongoing payments.

Date: December 9, 2019                                    /s/ Aaron J. Neuharth
                                                          Aaron J. Neuharth
                                                          Attorney for Debtor
                                                          Supreme Ct. No.: 88625
                                                          PO Box 359
                                                          Chambersburg, PA 17201
                                                          (717)264-2939