LOCAL BANKRUPTCY FORM 5071-1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 1:18-bk-02392-HWV |
| | : | |
| JOHN D. COOK, | : | Chapter 13 |
| | : | |
| Debtor | : | **Nature of Proceeding:** |
| ------------------------------------------------------- | : | Motion for Relief from Automatic Stay |
| CAPITAL ONE AUTO FINANCE, | : | |
| A DIVISION OF CAPITAL ONE, N.A., | : | |
| Movant | : | |
| v. | : | |
| | : | |
| JOHN D. COOK, | : | |
| Respondent | : | |
| | : | |
| | : | |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Parties are working on a possible resolution to the motion for relief from the automatic stay and need additional time to resolve.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:  January 4, 2020  /s/ Jason Brett Schwartz
Attorney for Movant
Jason Brett Schwartz, Esquire
I.D. No.: 92009
(267) 909-9036

_ No alterations or interlineations of this document are permitted
_ If this is not a first request for continuance, then a Motion for Continuance must be filed.