## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| JOHN D. COOK, | ) | |
|       Debtor | ) | CASE NO. 1:18-bk-02392-HWV |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A., | ) | **Nature of Proceeding:** |
|       Movant | ) | Motion for Relief from |
|       vs. | ) | Automatic Stay |
| | ) | |
| JOHN D. COOK, | ) | |
| | ) | |
|       Respondents | ) | |
|       and | ) | |
| CHARLES J. DEHART, III | ) | |
|       Trustee | ) | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

\_\_\_ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

_X_ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

      _X_ Thirty (30) days.

      \_\_\_ Forty-five (45) days.

      \_\_\_ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: February 3, 2020                  /s/ Jason Brett Schwartz
                                                            Jason Brett Schwartz, Esquire
                                                            Attorney for Capital One Auto Finance,
                                                            a division of Capital One, N.A.