IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| JOHN D. COOK, | ) | |
| | ) | |
| | ) | |
| Debtor | ) | CASE NO. . 1:18-bk-02392-HWV |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE, N.A., | ) | **LOCATION:** |
| Movant | ) | U.S. Bankruptcy Court |
| vs. | ) | Middle District of Pennsylvania |
| | ) | Ronald Reagan Federal Building |
| JOHN D. COOK, | ) | 228 Walnut Street |
| | ) | Harrisburg, PA 17101 |
| Respondent | ) | |
| and | ) | |
| CHARLES J. DEHART, III | ) | |
| Trustee | ) | |

**CERTIFICATE OF SERVICE**

I certify that on March 3, 2020, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available otherwise by regular first class mail:

**DEBTOR**
John D. Cook
925 Mainsville Road
Shippensburg, PA 17257

**DEBTOR'S COUNSEL**
Aaron John Neuharth, Esquire
Neuharth Law Offices
PO Box 359
Chambersburg, PA 17201

**CHAPTER 13 TRUSTEE**
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

**UNITED STATES TRUSTEE:**
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

    /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire