IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  )
  )
    John D. Cook,  ) Case No. 18-02392
  ) Chapter 13
  )
    Debtor  )

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Please withdraw the appearance of Aaron J. Neuharth, Esquire as counsel for the Debtor, John D. Cook.

Date: 12/10/2021

Aaron J. Neuharth, Esquire
PA ID# 88625
PO Box 359
Chambersburg, PA 17201
(717) 264-2939

    Please enter my appearance as attorney for the Debtor, John D. Cook, in the above-captioned case.

Date: 12/28/21

Hannah Herman-Snyder, Esquire
PA ID# 91537
Counsel for Debtors
PO Box 109
Lemoyne, PA 17043
(717) 761-4540