IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOHN D. COOK, ) | Case No. 1-18-02392 |
| ) | Chapter 13 |
| Debtor ) | |

**SECOND REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

<u>Instructions:</u> Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order. Complete Part C for all requests for payment of compensation and expenses.

A. Presumptively reasonable fee under L.B.R. 2016-2(c)     $0.00
1. Amount Agreed to by debtor(s)     $500.00
    Due for Amending Plan Post Confirmation, Third Amended Plan $500.00
2. Less amount paid to attorney prior to filing petition     $0.00
3. Balance of compensation to be paid through plan distributions     $500.00
4. Expenses advanced to be paid through plan distributions     $0.00
    (describe expense and amount)

B. Compensation and reimbursement of expenses allowed upon application
and order under L.B.R. 2016-2(c)
1. Retainer Received     $
2. Compensation earned prepetition and paid to attorney prior to filing     $
3. Expenses reimbursed prepetition     $
4. Balance in retainer after deduction of prepetition compensation and expenses     $
5. Compensation and expenses approved by the Court to be paid through Plan     $
    distributions less balance in client trust account

C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $500.00

| | |
|---|---|
| <u>February 1, 2022</u> | /s/ Hannah Herman-Snyder |
| DATE | Hannah Herman-Snyder, Esquire |
| | Johnson Duffie |
| | Attorney for the Debtor |
| | PO Box 109 |
| | Lemoyne, PA 17043 |
| | (717) 761-4540 |
| | PA I.D. No.: 91537 |