# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: John D Cook

                                                  Case No.: 1-18-02392 HWV

                                                               Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Selene |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 6398 |
| Property Address if applicable: | 925 Mainsville Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $58,067.51 |
| b. | Prepetition arrearages paid by the trustee: | $58,067.51 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $5,545.58 |
| f. | Postpetition arrearage paid by the trustee: | $5,545.58 |
| g. | Total b, d, and f: | $63,613.09 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: October 31, 2024

                                                Respectfully submitted,

                                                <u>/s/ Jack N. Zaharopoulos</u>
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: John D Cook

Case No.: 1-18-02392 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 31, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Hannah Herman-Snyder, Esquire
183 Lincoln Way East
Chambersburg PA 17201

**Served by First Class Mail**
Selene Finance LP
ATT: BK Dept
3501 Olympus Blvd Suite 500
Dallas TX 75019


John D Cook
925 Mainsville Rd
Shippensburg PA 17257


I certify under penalty of perjury that the foregoing is true and correct.


Date: October 31, 2024
/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-02392    JOHN D. COOK

**SELENE FINANCE, LP**
ATTN: BANKRUPTCY DEPT
P.O. BOX 9046
COPPELL, TX  75019-

Sequence: 24
Modify:
Filed Date:
Hold Code: M

Acct No: Mainsville Rd - POST ARREARS

03/19  2AP POST ARREARS  MRF # 100 12/22

| | | | | | | |
|---|---|---|---|---|---|---|
| Amt Sched: | $0.00 | Debt: | $7,537.32 | Interest Paid: | | $0.00 |
| Amt Due: | $0.00 | Paid: | $5,545.58 | Accrued Int: | | $0.00 |
| | | | | Balance Due: | | $1,991.74 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5210** | **SELENE FINANCE, LP** | | | | | | | |
| 521-0 | SELENE FINANCE, LP | | 12/13/2022 | 2020190 | $64.86 | $0.00 | $64.86 | 12/29/2022 |
| 521-0 | SELENE FINANCE, LP | | 11/16/2022 | 2019227 | $64.86 | $0.00 | $64.86 | 12/16/2022 |
| 521-0 | SELENE FINANCE, LP | | 10/18/2022 | 2018208 | $68.41 | $0.00 | $68.41 | 10/28/2022 |
| 521-0 | SELENE FINANCE, LP | | 08/17/2022 | 2016128 | $68.42 | $0.00 | $68.42 | 09/02/2022 |
| 521-0 | SELENE FINANCE, LP | | 07/13/2022 | 2015058 | $68.42 | $0.00 | $68.42 | 07/28/2022 |
| 521-0 | SELENE FINANCE, LP | | 06/14/2022 | 2014085 | $63.67 | $0.00 | $63.67 | 07/18/2022 |
| 521-0 | SELENE FINANCE, LP | | 05/17/2022 | 2013069 | $63.68 | $0.00 | $63.68 | 06/17/2022 |
| 521-0 | SELENE FINANCE, LP | | 04/12/2022 | 2011969 | $63.67 | $0.00 | $63.67 | 04/28/2022 |
| 521-0 | SELENE FINANCE, LP | | 03/16/2022 | 2010954 | $63.67 | $0.00 | $63.67 | 03/30/2022 |
| 521-0 | SELENE FINANCE, LP | | 02/16/2022 | 2009954 | $228.62 | $0.00 | $228.62 | 03/02/2022 |
| 521-0 | SELENE FINANCE, LP | | 11/16/2021 | 2006963 | $542.90 | $0.00 | $542.90 | 11/29/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 09/14/2021 | 9012080 | $140.12 | $0.00 | $140.12 | 09/14/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 07/14/2021 | 9011559 | $140.14 | $0.00 | $140.14 | 07/14/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 06/16/2021 | 9011298 | $420.38 | $0.00 | $420.38 | 06/16/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 04/15/2021 | 9010743 | $135.65 | $0.00 | $135.65 | 05/13/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 02/17/2021 | 9010164 | $135.66 | $0.00 | $135.66 | 02/17/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 01/19/2021 | 9009864 | $135.66 | $0.00 | $135.66 | 01/20/2021 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 12/10/2020 | 9009334 | $135.65 | $0.00 | $135.65 | 12/10/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 11/03/2020 | 9009035 | $135.66 | $0.00 | $135.66 | 11/03/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 10/15/2020 | 9008779 | $134.16 | $0.00 | $134.16 | 10/15/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 09/17/2020 | 9008468 | $134.17 | $0.00 | $134.17 | 09/17/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 08/12/2020 | 9008143 | $134.16 | $0.00 | $134.16 | 08/12/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 07/07/2020 | 9007828 | $134.17 | $0.00 | $134.17 | 07/07/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 06/02/2020 | 9007541 | $134.16 | $0.00 | $134.16 | 06/02/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 05/06/2020 | 9007285 | $134.17 | $0.00 | $134.17 | 05/06/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 04/14/2020 | 9007086 | $139.09 | $0.00 | $139.09 | 04/14/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 03/12/2020 | 1215478 | $139.08 | $0.00 | $139.08 | 03/19/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 01/16/2020 | 1212821 | $139.08 | $0.00 | $139.08 | 01/23/2020 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 12/12/2019 | 1211459 | $556.18 | $0.00 | $556.18 | 12/24/2019 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 10/10/2019 | 1208889 | $139.08 | $0.00 | $139.08 | 10/17/2019 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 08/07/2019 | 1206340 | $551.59 | $0.00 | $551.59 | 08/14/2019 |
| 521-0 | SHELLPOINT MORTGAGE SERVICING | | 04/11/2019 | 1200958 | $336.39 | $0.00 | $336.39 | 04/18/2019 |
| | | | | Sub-totals: | $5,545.58 | $0.00 | $5,545.58 | |
| | | | | Grand Total: | $5,545.58 | $0.00 | | |

# Disbursements for Claim

**Case:** 18-02392    JOHN D. COOK

**SELENE FINANCE, LP**
ATTN: BANKRUPTCY DEPT
P.O. BOX 9046
COPPELL, TX   75019-

Sequence: 24
Modify:
Filed Date:
Hold Code: M

Acct No: 925 Mainsville Rd - PRE-ARRE

ARREARS - 925 MAINSVILLE ROAD  MFR # 100 12/22

| | | | |
|---|---|---|---|
| Amt Sched: $206,000.00 | Debt: $78,922.91 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $58,067.51 | Accrued Int: $0.00 | |
| | | Balance Due: $20,855.40 | |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SELENE FINANCE, LP** | | | | | | | |
| 520-0 | SELENE FINANCE, LP | | 12/13/2022 | 2020190 | $679.14 | $0.00 | $679.14 | 12/29/2022 |
| 520-0 | SELENE FINANCE, LP | | 11/16/2022 | 2019227 | $679.14 | $0.00 | $679.14 | 12/16/2022 |
| 520-0 | SELENE FINANCE, LP | | 10/18/2022 | 2018208 | $716.39 | $0.00 | $716.39 | 10/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 08/17/2022 | 2016128 | $716.38 | $0.00 | $716.38 | 09/02/2022 |
| 520-0 | SELENE FINANCE, LP | | 07/13/2022 | 2015058 | $716.38 | $0.00 | $716.38 | 07/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 06/14/2022 | 2014085 | $666.73 | $0.00 | $666.73 | 07/18/2022 |
| 520-0 | SELENE FINANCE, LP | | 05/17/2022 | 2013069 | $666.72 | $0.00 | $666.72 | 06/17/2022 |
| 520-0 | SELENE FINANCE, LP | | 04/12/2022 | 2011969 | $666.73 | $0.00 | $666.73 | 04/28/2022 |
| 520-0 | SELENE FINANCE, LP | | 03/16/2022 | 2010954 | $666.73 | $0.00 | $666.73 | 03/30/2022 |
| 520-0 | SELENE FINANCE, LP | | 02/16/2022 | 2009954 | $2,393.84 | $0.00 | $2,393.84 | 03/02/2022 |
| 520-0 | SELENE FINANCE, LP | | 11/16/2021 | 2006963 | $5,684.67 | $0.00 | $5,684.67 | 11/29/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 09/14/2021 | 9012080 | $1,467.28 | $0.00 | $1,467.28 | 09/14/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 07/14/2021 | 9011559 | $1,467.26 | $0.00 | $1,467.26 | 07/14/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 06/16/2021 | 9011298 | $4,401.82 | $0.00 | $4,401.82 | 06/16/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 04/15/2021 | 9010743 | $1,420.45 | $0.00 | $1,420.45 | 05/13/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 02/17/2021 | 9010164 | $1,420.44 | $0.00 | $1,420.44 | 02/17/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 01/19/2021 | 9009864 | $1,420.44 | $0.00 | $1,420.44 | 01/20/2021 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 12/10/2020 | 9009334 | $1,420.45 | $0.00 | $1,420.45 | 12/10/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 11/03/2020 | 9009035 | $1,420.44 | $0.00 | $1,420.44 | 11/03/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 10/15/2020 | 9008779 | $1,404.84 | $0.00 | $1,404.84 | 10/15/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 09/17/2020 | 9008468 | $1,404.83 | $0.00 | $1,404.83 | 09/17/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 08/12/2020 | 9008143 | $1,404.84 | $0.00 | $1,404.84 | 08/12/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 07/07/2020 | 9007828 | $1,404.83 | $0.00 | $1,404.83 | 07/07/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 06/02/2020 | 9007541 | $1,404.84 | $0.00 | $1,404.84 | 06/02/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 05/06/2020 | 9007285 | $1,404.83 | $0.00 | $1,404.83 | 05/06/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 04/14/2020 | 9007086 | $1,456.34 | $0.00 | $1,456.34 | 04/14/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 03/12/2020 | 1215478 | $1,456.35 | $0.00 | $1,456.35 | 03/19/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 01/16/2020 | 1212821 | $1,456.35 | $0.00 | $1,456.35 | 01/23/2020 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 12/12/2019 | 1211459 | $5,823.67 | $0.00 | $5,823.67 | 12/24/2019 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 10/10/2019 | 1208889 | $1,456.35 | $0.00 | $1,456.35 | 10/17/2019 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 08/07/2019 | 1206340 | $5,775.72 | $0.00 | $5,775.72 | 08/14/2019 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 04/11/2019 | 1200958 | $1,292.86 | $0.00 | $1,292.86 | 04/18/2019 |
| 520-0 | SHELLPOINT MORTGAGE SERVICING | | 02/07/2019 | 1198284 | $198.25 | $0.00 | $198.25 | 03/28/2019 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 12/13/2018 | 1195861 | $1,355.77 | $0.00 | $1,355.77 | 12/20/2018 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | SPECIALIZED LOAN SERVICING, LLC | | 11/08/2018 | 1194446 | $675.41 | $0.00 | $675.41 | 11/19/2018 |
| | | | | Sub-totals: | $58,067.51 | $0.00 | $58,067.51 | |
| | | | | Grand Total: | $58,067.51 | $0.00 | | |