| Debtor 1 | John D. Cook |
|---|---|
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
(State)

Case number 18-02392

# Form 4100R
## Response to Notice of Final Cure

**10/15**

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

---

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

**Court claim no. (if known)** 2-2

**Last 4 digits** of any number you use to identify the debtor's account: 6398

**Property address:** 925 MAINSVILLE RD ,
Number          Street

SHIPPENSBURG, PA 17257
City               State          ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

[ ] Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[X] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $22,847.14

**\*Stay relief order entered 12/15/2022 and trustee ceased disbursements thereafter**

| Part 3: | Postpetition Mortgage |
|---|---|

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 01 /2024
MM/DD/YYYY

[ ] Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $_____

b. Total fees, charges, expenses, escrow and costs outstanding:    + (b) $_____

c. Total. Add lines a and b.                                                              (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

MM/ DD/ YYYY

---

Form 4100R          **Response to Notice of Final Cure Payment**          page 1

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[  ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X    /s/ Christopher Salamone                     Date  11/21/2024
_____                          _____
        Signature

Print    Christopher Salamone                     Title Authorized Agent
        _____            _____
        First Name      Middle Name      Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    13010 Morris Rd, Suite 450
          _____
          Number          Street

          Alpharetta, GA 30004
          _____
          City            State          ZIP Code

Contact    470-321-7112                          Email csalamone@raslg.com

Form 4100R          **Response to Notice of Final Cure Payment**          page 2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on <u>November 21, 2024</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

John D. Cook
925 Mainsville Road
Shippensburg, PA 17257

And via electronic mail to:

Hannah Herman-Snyder
Snyder Law
183 Lincoln Way East
17201
Chambersburg, PA 17201

Jack N. Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St.
Harrisburg, PA 17102

By: /s/ Dena Eaves
Dena Eaves
deaves@raslg.com

# PAYMENT HISTORY

| PAYMENT HISTORY PER MSP | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **LOAN NUMBER** | | **POST-PETITION** | | | | | | |
| **FILING DATE** | | **PAYMENT CHANGES** | | | | | | |
| **PAYMENTS IN POC** | EFFECTIVE | 7/1/2018 | 7/1/2019 | 6/1/2020 | 7/1/2021 | 12/1/2021 | 1/0/1900 | 1/0/1900 |
| **FIRST POST-PETITION DUE DATE** | AMOUNT | $ 1,076.76 | $ 1,079.56 | $ 1,121.15 | $1,072.01 | $1,075.31 | $0.00 | $0.00 |

| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCES | | | $ - | $ - | $ - | | | |
| 8/1/2018 | | | | $ - | $ - | $ - | | |
| 8/7/2018 | | | | $ - | $ - | $ - | | |
| 11/16/2018 | $ 675.41 | | | $ - | $ - | $ - | | |
| 12/19/2018 | $ 1,355.77 | $ 1,059.09 | | $ - | $ - | $ - | | |
| 3/22/2019 | | | | $ - | $ 1,059.09 | $ 1,059.09 | | |
| 3/27/2019 | $ 198.25 | | | $ - | $ - | $ 1,059.09 | | |
| 3/29/2019 | | $ 1,059.09 | | $ - | $ 1,059.09 | $ 2,118.18 | | |
| 4/2/2019 | | | | $ - | $ - | $ 2,118.18 | | |
| 4/8/2019 | | | | $ - | $ - | $ 2,118.18 | | |
| 4/17/2019 | $ 1,292.86 | | | $ - | $ - | $ 2,118.18 | | |
| 4/17/2019 | $ 336.39 | | | $ - | $ - | $ 2,118.18 | | |
| 4/24/2019 | | | | $ - | $ - | $ 2,118.18 | | |
| 4/24/2019 | | | | $ - | $ - | $ 2,118.18 | | |
| 5/8/2019 | | $ 1,059.09 | | $ - | $ 1,059.09 | $ 3,177.27 | | |
| 5/16/2019 | | | | $ - | $ - | $ 3,177.27 | | |
| 8/8/2019 | | | | $ - | $ - | $ 3,177.27 | | |
| 8/13/2019 | $ 5,775.72 | | | $ - | $ - | $ 3,177.27 | | |
| 8/13/2019 | $ 551.59 | | | $ - | $ - | $ 3,177.27 | | |
| 8/14/2019 | | | | $ - | $ - | $ 3,177.27 | | |
| 8/14/2019 | | | | $ - | $ - | $ 3,177.27 | | |
| 8/14/2019 | | | | $ - | $ - | $ 3,177.27 | | |
| 8/14/2019 | | | | $ - | $ - | $ 3,177.27 | | |
| 8/14/2019 | | | | $ - | $ - | $ 3,177.27 | | |
| 8/14/2019 | | | | $ - | $ - | $ 3,177.27 | | |
| 8/23/2019 | | | | $ - | $ - | $ 3,177.27 | | |
| 9/10/2019 | | $ 1,080.00 | | $ - | $ 1,080.00 | $ 4,257.27 | | |
| 10/16/2019 | $ 139.08 | | | $ - | $ - | $ 4,257.27 | | |
| 10/16/2019 | $ 1,456.35 | | | $ - | $ - | $ 4,257.27 | | |
| 10/16/2019 | | | | $ - | $ - | $ 4,257.27 | | |
| 10/25/2019 | | | | $ - | $ - | $ 4,257.27 | | |
| 12/23/2019 | $ 556.18 | | | $ - | $ - | $ 4,257.27 | | |
| 12/23/2019 | $ 5,823.67 | | | $ - | $ - | $ 4,257.27 | | |
| 12/30/2019 | | | | $ - | $ - | $ 4,257.27 | | |
| 12/30/2019 | | | | $ - | $ - | $ 4,257.27 | | |
| 12/30/2019 | | | | $ - | $ - | $ 4,257.27 | | |
| 12/30/2019 | | | | $ - | $ - | $ 4,257.27 | | |
| 12/30/2019 | | | | $ - | $ - | $ 4,257.27 | | |
| 1/22/2020 | $ 139.08 | | | $ - | $ - | $ 4,257.27 | | |
| 1/22/2020 | $ 1,456.35 | | | $ - | $ - | $ 4,257.27 | | |
| 1/22/2020 | | | | $ - | $ - | $ 4,257.27 | | |
| 1/22/2020 | | | | $ - | $ - | $ 4,257.27 | | |
| 2/28/2020 | | $ 124.77 | | $ - | $ 124.77 | $ 4,382.04 | | |
| 3/18/2020 | $ 1,456.35 | | | $ - | $ - | $ 4,382.04 | | |
| 3/18/2020 | $ 139.08 | | | $ - | $ - | $ 4,382.04 | | |
| 3/18/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 4/1/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 4/17/2020 | $ 139.09 | | | $ - | $ - | $ 4,382.04 | | |
| 4/17/2020 | $ 1,456.34 | | | $ - | $ - | $ 4,382.04 | | |
| 4/19/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 4/23/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 5/8/2020 | $ 1,404.83 | | | $ - | $ - | $ 4,382.04 | | |
| 5/8/2020 | $ 134.17 | | | $ - | $ - | $ 4,382.04 | | |
| 5/10/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 5/10/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 6/5/2020 | $ 1,404.84 | | | $ - | $ - | $ 4,382.04 | | |
| 6/5/2020 | $ 134.16 | | | $ - | $ - | $ 4,382.04 | | |
| 6/6/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 6/6/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 7/9/2020 | $ 1,404.83 | | | $ - | $ - | $ 4,382.04 | | |
| 7/9/2020 | $ 134.17 | | | $ - | $ - | $ 4,382.04 | | |
| 7/9/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 7/9/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 7/22/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 8/11/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 8/14/2020 | $ 134.16 | | | $ - | $ - | $ 4,382.04 | | |
| 8/14/2020 | $ 1,404.84 | | | $ - | $ - | $ 4,382.04 | | |
| 8/15/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 8/16/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 9/21/2020 | $ 1,404.83 | | | $ - | $ - | $ 4,382.04 | | |
| 9/21/2020 | $ 134.17 | | | $ - | $ - | $ 4,382.04 | | |
| 9/22/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 9/22/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 10/20/2020 | $ 1,404.84 | | | $ - | $ - | $ 4,382.04 | | |
| 10/20/2020 | $ 134.16 | | | $ - | $ - | $ 4,382.04 | | |
| 10/20/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 10/20/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 11/6/2020 | $ 135.66 | | | $ - | $ - | $ 4,382.04 | | |
| 11/6/2020 | $ 1,420.44 | | | $ - | $ - | $ 4,382.04 | | |
| 11/8/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 11/8/2020 | | | | $ - | $ - | $ 4,382.04 | | |
| 12/14/2020 | $ 1,420.45 | | | $ - | $ - | $ 4,382.04 | | |
| 12/14/2020 | $ 135.65 | | | $ - | $ - | $ 4,382.04 | | |

| Date | | | | | |
|---|---|---|---|---|---|
| 12/14/2020 | | | $ - | $ - | $ 4,382.04 |
| 12/14/2020 | | | $ - | $ - | $ 4,382.04 |
| 1/21/2021 | $ 1,420.44 | | $ - | $ - | $ 4,382.04 |
| 1/21/2021 | $ 135.66 | | $ - | $ - | $ 4,382.04 |
| 1/21/2021 | | | $ - | $ - | $ 4,382.04 |
| 2/23/2021 | $ 135.66 | | $ - | $ - | $ 4,382.04 |
| 2/23/2021 | $ 1,420.44 | | $ - | $ - | $ 4,382.04 |
| 2/23/2021 | | | $ - | $ - | $ 4,382.04 |
| 2/23/2021 | | | $ - | $ - | $ 4,382.04 |
| 3/30/2021 | | | $ - | $ - | $ 4,382.04 |
| 3/31/2021 | | $ 207.95 | $ - | $ 207.95 | $ 4,589.99 |
| 4/19/2021 | $ 135.65 | | $ - | $ - | $ 4,589.99 |
| 4/19/2021 | $ 1,420.45 | | $ - | $ - | $ 4,589.99 |
| 4/19/2021 | | | $ - | $ - | $ 4,589.99 |
| 4/19/2021 | | | $ - | $ - | $ 4,589.99 |
| 5/10/2021 | | $ 1,121.15 | $ - | $ 1,121.15 | $ 5,711.14 |
| 5/18/2021 | $ 4,822.20 | $ 5,495.34 | $ - | $ 5,495.34 | $ 11,206.48 |
| 5/18/2021 | | | $ - | $ - | $ 11,206.48 |
| 5/18/2021 | | | $ - | $ - | $ 11,206.48 |
| 5/18/2021 | | | $ - | $ - | $ 11,206.48 |
| 5/18/2021 | | | $ - | $ - | $ 11,206.48 |
| 5/18/2021 | | | $ - | $ - | $ 11,206.48 |
| 5/18/2021 | | | $ - | $ - | $ 11,206.48 |
| 5/18/2021 | | | $ - | $ - | $ 11,206.48 |
| 5/18/2021 | | | $ - | $ - | $ 11,206.48 |
| 5/18/2021 | | | $ - | $ - | $ 11,206.48 |
| 5/24/2021 | | $ 14,827.26 | $ - | $ 14,827.26 | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/24/2021 | | | $ - | $ - | $ 26,033.74 |
| 5/26/2021 | | | $ - | $ - | $ 26,033.74 |
| 6/21/2021 | | $ 1,562.80 | $ - | $ 1,562.80 | $ 27,596.54 |
| 6/21/2021 | | | $ - | $ - | $ 27,596.54 |
| 6/21/2021 | | | $ - | $ - | $ 27,596.54 |
| 6/28/2021 | | $ 3,259.40 | $ - | $ 3,259.40 | $ 30,855.94 |
| 6/29/2021 | | $ 1,058.32 | $ - | $ 1,058.32 | $ 31,914.26 |
| 6/29/2021 | | | $ - | $ - | $ 31,914.26 |
| 6/29/2021 | | | $ - | $ - | $ 31,914.26 |
| 6/29/2021 | | | $ - | $ - | $ 31,914.26 |
| 6/29/2021 | | | $ - | $ - | $ 31,914.26 |
| 6/30/2021 | | $ 51.68 | $ - | $ 51.68 | $ 31,965.94 |
| 7/9/2021 | | | $ - | $ - | $ 31,965.94 |
| 7/15/2021 | | $ 1,059.09 | $ - | $ 1,059.09 | $ 33,025.03 |
| 7/15/2021 | | | $ - | $ - | $ 33,025.03 |
| 7/15/2021 | | $ 27.99 | $ - | $ 27.99 | $ 33,053.02 |
| 7/15/2021 | | $ (1,059.09) | $ - | $ (1,059.09) | $ 31,993.93 |
| 7/15/2021 | | $ (1,059.09) | $ - | $ (1,059.09) | $ 30,934.84 |
| 7/15/2021 | | $ (1,059.09) | $ - | $ (1,059.09) | $ 29,875.75 |
| 7/15/2021 | | $ (1,059.09) | $ - | $ (1,059.09) | $ 28,816.66 |
| 7/15/2021 | | $ 1,059.09 | $ - | $ 1,059.09 | $ 29,875.75 |
| 7/15/2021 | | $ 1,059.09 | $ - | $ 1,059.09 | $ 30,934.84 |
| 7/15/2021 | | $ 1,059.09 | $ - | $ 1,059.09 | $ 31,993.93 |
| 7/15/2021 | | $ 1,059.09 | $ - | $ 1,059.09 | $ 33,053.02 |
| 7/16/2021 | | $ (1,059.09) | $ - | $ (1,059.09) | $ 31,993.93 |
| 7/16/2021 | | $ 1,059.09 | $ - | $ 1,059.09 | $ 33,053.02 |
| 7/19/2021 | $ 140.14 | | $ - | $ - | $ 33,053.02 |
| 7/19/2021 | $ 1,467.26 | | $ - | $ - | $ 33,053.02 |
| 8/11/2021 | | | $ - | $ - | $ 33,053.02 |
| 8/11/2021 | | | $ - | $ - | $ 33,053.02 |
| 8/11/2021 | | | $ - | $ - | $ 33,053.02 |
| 8/11/2021 | | | $ - | $ - | $ 33,053.02 |
| 8/11/2021 | | | $ - | $ - | $ 33,053.02 |
| 8/11/2021 | | | $ - | $ - | $ 33,053.02 |
| 8/19/2021 | | $ 50.91 | $ - | $ 50.91 | $ 33,103.93 |
| 8/19/2021 | | $ 1,059.09 | $ - | $ 1,059.09 | $ 34,163.02 |
| 8/27/2021 | | | $ - | $ - | $ 34,163.02 |
| 9/28/2021 | | | $ - | $ - | $ 34,163.02 |
| 9/28/2021 | | $ 1,100.00 | $ - | $ 1,100.00 | $ 35,263.02 |
| 9/28/2021 | $ 1,607.40 | | $ - | $ - | $ 35,263.02 |
| 10/6/2021 | | | $ - | $ - | $ 35,263.02 |
| 11/22/2021 | | $ 16.22 | $ - | $ 16.22 | $ 35,279.24 |
| 11/22/2021 | | $ 1,059.09 | $ - | $ 1,059.09 | $ 36,338.33 |
| 11/26/2021 | $ 6,227.57 | | $ - | $ - | $ 36,338.33 |
| 11/26/2021 | | | $ - | $ - | $ 36,338.33 |
| 11/26/2021 | | | $ - | $ - | $ 36,338.33 |
| 11/26/2021 | | | $ - | $ - | $ 36,338.33 |
| 11/26/2021 | | | $ - | $ - | $ 36,338.33 |
| 11/26/2021 | | | $ - | $ - | $ 36,338.33 |
| 12/30/2021 | | $ 1,076.00 | $ - | $ 1,076.00 | $ 37,414.33 |
| 2/28/2022 | $ 2,393.84 | | $ - | $ - | $ 37,414.33 |
| 2/28/2022 | $ 228.62 | | $ - | $ - | $ 37,414.33 |
| 3/18/2022 | | $ 16.91 | $ - | $ 16.91 | $ 37,431.24 |
| 3/18/2022 | | $ 1,059.09 | $ - | $ 1,059.09 | $ 38,490.33 |
| 3/29/2022 | $ 63.67 | | $ - | $ - | $ 38,490.33 |
| 3/29/2022 | $ 666.73 | | $ - | $ - | $ 38,490.33 |
| 3/31/2022 | | | $ - | $ - | $ 38,490.33 |
| 4/25/2022 | | $ 16.91 | $ - | $ 16.91 | $ 38,507.24 |
| 4/25/2022 | | $ 1,059.09 | $ - | $ 1,059.09 | $ 39,566.33 |
| 4/26/2022 | $ 63.67 | | $ - | $ - | $ 39,566.33 |

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/26/2022 | $ 666.73 | | | $ - | $ - | $ 39,566.33 | |
| 6/10/2022 | | $ 1,076.00 | | $ - | $ 1,076.00 | $ 40,642.33 | |
| 6/10/2022 | | | | $ - | $ - | $ 40,642.33 | |
| 6/15/2022 | $ 63.68 | | | $ - | $ - | $ 40,642.33 | |
| 6/15/2022 | $ 666.72 | | | $ - | $ - | $ 40,642.33 | |
| 6/27/2022 | | $ 1,076.00 | | $ - | $ 1,076.00 | $ 41,718.33 | |
| 6/27/2022 | | | | $ - | $ - | $ 41,718.33 | |
| 7/14/2022 | $ 63.67 | | | $ - | $ - | $ 41,718.33 | |
| 7/14/2022 | $ 666.73 | | | $ - | $ - | $ 41,718.33 | |
| 7/15/2022 | | | | $ - | $ - | $ 41,718.33 | |
| 7/20/2022 | | | | $ - | $ - | $ 41,718.33 | |
| 7/26/2022 | $ 716.38 | | | $ - | $ - | $ 41,718.33 | |
| 7/26/2022 | $ 68.42 | | | $ - | $ - | $ 41,718.33 | |
| 8/8/2022 | | | | $ - | $ - | $ 41,718.33 | |
| 8/8/2022 | | $ 1,076.00 | | $ - | $ 1,076.00 | $ 42,794.33 | |
| 8/8/2022 | | | | $ - | $ - | $ 42,794.33 | |
| 8/30/2022 | | | | $ - | $ - | $ 42,794.33 | |
| 8/30/2022 | | | | $ - | $ - | $ 42,794.33 | |
| 8/30/2022 | | | | $ - | $ - | $ 42,794.33 | |
| 8/31/2022 | $ 68.42 | | | $ - | $ - | $ 42,794.33 | |
| 8/31/2022 | $ 716.38 | | | $ - | $ - | $ 42,794.33 | |
| 9/27/2022 | | $ 1,076.00 | | $ - | $ 1,076.00 | $ 43,870.33 | |
| 9/27/2022 | | | | $ - | $ - | $ 43,870.33 | |
| | | | | $ - | $ - | $ 43,870.33 | |
| 10/26/2022 | $ 68.41 | | | $ - | $ - | $ 43,870.33 | |
| 10/26/2022 | $ 716.39 | | | $ - | $ - | $ 43,870.33 | |
| 11/3/2022 | | $ 1,076.00 | | $ - | $ 1,076.00 | $ 44,946.33 | |
| 11/3/2022 | | | | $ - | $ - | $ 44,946.33 | |
| 12/1/2022 | | $ 1,076.00 | | $ - | $ 1,076.00 | $ 46,022.33 | |
| 12/1/2022 | | | | $ - | $ - | $ 46,022.33 | |
| 12/14/2022 | $ 64.86 | | | $ - | $ - | $ 46,022.33 | |
| 12/14/2022 | $ 679.14 | | | $ - | $ - | $ 46,022.33 | |
| 12/14/2022 | | | | $ - | $ - | $ 46,022.33 | |
| 12/27/2022 | $ 64.86 | | | $ - | $ - | $ 46,022.33 | |
| 12/27/2022 | $ 679.14 | | | $ - | $ - | $ 46,022.33 | |
| 3/27/2023 | | | | $ - | $ - | $ 46,022.33 | |
| 6/16/2023 | | $ 3,228.00 | | $ - | $ 3,228.00 | $ 49,250.33 | |
| 6/16/2023 | | | | $ - | $ - | $ 49,250.33 | |
| 6/16/2023 | | | | $ - | $ - | $ 49,250.33 | |
| 6/16/2023 | | | | $ - | $ - | $ 49,250.33 | |
| 6/16/2023 | | $ 1,076.00 | | $ - | $ 1,076.00 | $ 50,326.33 | |
| 7/12/2023 | | | | $ - | $ - | $ 50,326.33 | |
| 8/2/2023 | | | | $ - | $ - | $ 50,326.33 | |
| 8/11/2023 | | $ 9,531.81 | | $ - | $ 9,531.81 | $ 59,858.14 | |
| 8/11/2023 | | | | $ - | $ - | $ 59,858.14 | |
| 8/11/2023 | | | | $ - | $ - | $ 59,858.14 | |
| 8/11/2023 | | | | $ - | $ - | $ 59,858.14 | |
| 8/11/2023 | | | | $ - | $ - | $ 59,858.14 | |
| 8/11/2023 | | | | $ - | $ - | $ 59,858.14 | |
| 8/11/2023 | | | | $ - | $ - | $ 59,858.14 | |
| 8/11/2023 | | | | $ - | $ - | $ 59,858.14 | |
| 8/11/2023 | | | | $ - | $ - | $ 59,858.14 | |
| 8/11/2023 | | $ 7,413.63 | | $ - | $ 7,413.63 | $ 67,271.77 | |
| 8/11/2023 | | | | $ - | $ - | $ 67,271.77 | |
| 8/11/2023 | | | | $ - | $ - | $ 67,271.77 | |
| 8/11/2023 | | | | $ - | $ - | $ 67,271.77 | |
| 8/11/2023 | | | | $ - | $ - | $ 67,271.77 | |
| 8/11/2023 | | | | $ - | $ - | $ 67,271.77 | |
| 8/11/2023 | | | | $ - | $ - | $ 67,271.77 | |
| 8/11/2023 | | $ 9,677.79 | | $ - | $ 9,677.79 | $ 76,949.56 | |
| 8/11/2023 | | | | $ - | $ - | $ 76,949.56 | |
| 8/11/2023 | | | | $ - | $ - | $ 76,949.56 | |
| 8/11/2023 | | | | $ - | $ - | $ 76,949.56 | |
| 8/11/2023 | | | | $ - | $ - | $ 76,949.56 | |
| 8/11/2023 | | | | $ - | $ - | $ 76,949.56 | |
| 8/11/2023 | | | | $ - | $ - | $ 76,949.56 | |
| 8/11/2023 | | | | $ - | $ - | $ 76,949.56 | |
| 8/11/2023 | | | | $ - | $ - | $ 76,949.56 | |
| 8/11/2023 | | $ 9,677.79 | | $ - | $ 9,677.79 | $ 86,627.35 | |
| 8/11/2023 | | | | $ - | $ - | $ 86,627.35 | |
| 8/11/2023 | | | | $ - | $ - | $ 86,627.35 | |
| 8/11/2023 | | | | $ - | $ - | $ 86,627.35 | |
| 8/11/2023 | | | | $ - | $ - | $ 86,627.35 | |
| 8/11/2023 | | | | $ - | $ - | $ 86,627.35 | |
| 8/11/2023 | | | | $ - | $ - | $ 86,627.35 | |
| 8/11/2023 | | | | $ - | $ - | $ 86,627.35 | |
| 8/11/2023 | | | | $ - | $ - | $ 86,627.35 | |
| 8/11/2023 | | $ 2,744.39 | | $ - | $ 2,744.39 | $ 89,371.74 | |
| 8/11/2023 | | | | $ - | $ - | $ 89,371.74 | |
| 8/11/2023 | | | | $ - | $ - | $ 89,371.74 | |
| 8/11/2023 | | | | $ - | $ - | $ 89,371.74 | |
| 9/14/2023 | | $ 1,076.00 | | $ - | $ 1,076.00 | $ 90,447.74 | |
| 9/26/2023 | | | | $ - | $ - | $ 90,447.74 | |
| 10/4/2023 | | $ 1,075.31 | | $ - | $ 1,075.31 | $ 91,523.05 | |
| 11/1/2023 | | $ 1,088.22 | | $ - | $ 1,088.22 | $ 92,611.27 | |
| 12/2/2023 | | $ 1,088.22 | | $ - | $ 1,088.22 | $ 93,699.49 | |
| 1/2/2024 | | $ 1,088.22 | | $ - | $ 1,088.22 | $ 94,787.71 | |
| 2/1/2024 | | $ 1,088.22 | | $ - | $ 1,088.22 | $ 95,875.93 | |
| 3/1/2024 | | $ 1,088.22 | | $ - | $ 1,088.22 | $ 96,964.15 | |
| 4/1/2024 | | $ 1,088.22 | | $ - | $ 1,088.22 | $ 98,052.37 | |
| 4/3/2024 | | | | $ - | $ - | $ 98,052.37 | |
| 4/26/2024 | | | | $ - | $ - | $ 98,052.37 | |
| 4/26/2024 | | | | $ - | $ - | $ 98,052.37 | |
| 5/1/2024 | | $ 1,088.22 | | $ - | $ 1,088.22 | $ 99,140.59 | |
| 6/1/2024 | | $ 1,088.22 | | $ - | $ 1,088.22 | $ 100,228.81 | |
| 7/1/2024 | | $ 1,088.22 | | $ - | $ 1,088.22 | $ 101,317.03 | |
| 7/11/2024 | | | | $ - | $ - | $ 101,317.03 | |
| 8/1/2024 | | $ 1,088.22 | | $ - | $ 1,088.22 | $ 102,405.25 | |

| Date | Payment | | | | Balance | | |
|---|---|---|---|---|---|---|---|
| 8/2/2024 | | | $ - | $ - | $ 102,405.25 | | |
| 9/2/2024 | $ 1,088.22 | | $ - | $ 1,088.22 | $ 103,493.47 | | |
| 10/1/2024 | $ 1,088.22 | | $ - | $ 1,088.22 | $ 104,581.69 | | |
| 11/1/2024 | $ 1,132.99 | | $ - | $ 1,132.99 | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |
| | | | $ - | $ - | $ 105,714.68 | | |